**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANTE JACKSON,<br>Plaintiff,<br><br>v.<br><br>NURSE MARIE FLOYD,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:22-cv-03527-JMG |

# ORDER

**AND NOW**, this 17th day of November, 2026, upon consideration of Defendant Nurse Marie Floyd's Motion to Dismiss (ECF No. 113), this Court's Order dated August 26, 2026 (ECF No. 119), Plaintiff's Motion Seeking Reconsideration of This Court's February 6, 2026 Order (ECF No. 114), Defendant's Opposition to Plaintiff's Motion Seeking Reconsideration (ECF No. 115), O'Connor Kimball LLP's Motion for Leave to Withdraw as Counsel (ECF No. 116), and Plaintiff's Formal Request for Appoint of Counsel or Stay of Proceedings (ECF No. 120), **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (ECF No. 113) is **GRANTED**. Plaintiff's claims against Defendant Nurse Marie Floyd are **DISMISSED WITHOUT PREJUDICE.**

2. Plaintiff's Motion Seeking Reconsideration of This Court's February 6, 2026 Order (ECF No. 114) is **DENIED as moot.**

3. O'Connor Kimball LLP's Motion for Leave to Withdraw as Counsel (ECF No. 116) is **DENIED as moot.**

4. Plaintiff's Formal Request for Appoint of Counsel or Stay of Proceedings (ECF No. 120) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** the case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge